**Order entered November 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01211-CV

### OPTIMAL BLUE, L.L.C., Appellant

### V.

### VANTAGE PRODUCTION, L.L.C., Appellee

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-02838-2014**

## ORDER

Based on the Court's opinion of this date, we **VACATE** our September 22, 2014 order staying the trial court's order for issuance of temporary injunction and **DENY** as moot all pending motions.

/s/     CRAIG STODDART
        JUSTICE